# ATTACHMENT A



Organic Blueberry Mini Waffles
(Front Label View)

**INGREDIENTS:** Organic Whole Wheat Flour, Water, Organic Evaporated Cane Syrup, Organic Canola And/or Organic Soybean Oil, Leavening (Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate), Organic Blueberry Puree, Organic Pear Juice Concentrate, Organic Wheat Bran, Organic Soy Lecithin, Natural Flavor, Citric Acid, Sea Salt, Sodium Alginate, Sodium Bicarbonate, Organic Elderberry Juice Concentrate, Dicalcium Phosphate, Zinc Sulphate, Niacinamide, Reduced Iron, Vitamin B12, Riboflavin, Pyridoxine Hydrochloride, Thiamine Mononitrate, Folic Acid.

**CONTAINS: WHEAT AND SOY INGREDIENTS. PROCESSED IN A FACILITY THAT USES MILK AND EGGS.**

**NEW Earth's Best Sesame Street** frozen children's foods are all-natural superior nutrition that's convenient for parents, and delicious and fun for young children. Whole Grain Organic Mini Waffles contain 10g whole grain per serving, and are made with no artificial flavors, colors or preservatives, or potentially harmful pesticides. Specially formulated with iron, zinc and six B vitamins, and no genetically engineered ingredients, hydrogenated oils or trans fat.



Organic Blueberry Mini Waffles
(Back Label View)



Organic Homstyle Mini Waffles
(Front Label View)



Organic Homestyle Mini Waffles
(Back Label View)