1  Scott Edward Cole, Esq. (S.B. #160744)
   Molly A. DeSario, Esq. (S.B. #230763)
2  Christopher B. Johnson, Esq. (S.B. #284814)
   **SCOTT COLE & ASSOCIATES, APC**
3  1970 Broadway, Ninth Floor
   Oakland, California 94612
4  Telephone:  (510) 891-9800
   Facsimile:   (510) 891-7030
5  Email:    scole@scalaw.com
   Email:    mdesario@scalaw.com
6  Email:    cjohnson@scalaw.com
   Web:      www.scalaw.com
7
   Attorneys for Representative Plaintiff
8  and the Plaintiff Classes

9

   **JENNER & BLOCK LLP**
10 Kenneth K. Lee (Cal. Bar No. 264296)
   klee@jenner.com
11 Kelly M. Morrison (Cal. Bar No. 255513)
   kmorrison@jenner.com
12 633 West 5th Street, Suite 3600
   Los Angeles, CA 90071-2054
13 Phone:       (213) 239-5100
   Facsimile:   (213) 239-5199
14
   **JENNER & BLOCK LLP**
15 Dean N. Panos (*pro hac vice*)
   dpanos@jenner.com
16 353 N. Clark Street
   Chicago, IL 60654-3456
17 Phone:       (312) 222-9350
   Facsimile:   (312) 527-0484
18
   Attorneys for The Hain Celestial Group, Inc.
19

20                **UNITED STATES DISTRICT COURT**

21                **NORTHERN DISTRICT OF CALIFORNIA**

22 | ANA BELEN HAM, individually, and ) | **Case No. 3:14-CV-02044-WHO** |
   | on behalf of all others similarly ) |
23 | situated, ) | **CLASS ACTION** |
   | ) |
24 | Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE MOTION FOR CLASS CERTIFICATION** |
   | ) | **OPPOSITION AND REPLY DEADLINES** |
25 | vs. ) |
   | ) |
26 | THE HAIN CELESTIAL GROUP, ) |
   | INC., ) |
27 | ) |
   | Defendant. ) |
28

1   Pursuant to Civil Local Rules 6-2 and 7-12, Representative Plaintiff Ana Belen Ham
2   ("Plaintiff"), individually, and on behalf of all others similarly situated, and Defendant The Hain
3   Celestial Group, Inc. ("Defendant"), by and through their respective counsel of record, hereby
4   agree and stipulate as follows:

5   **WHEREAS** Plaintiff filed her Motion for Class Certification on September 23, 2015;

6   **WHEREAS** Defendant's Opposition to Plaintiff's Motion for Class Certification is
7   currently due to be filed on October 28, 2015 pursuant to Judge Orrick's June 22, 2015 Order
8   (Dkt. No. 43);

9   **WHEREAS**, on September 30, 2015, Defendant filed a Motion to Enlarge Time to
10  Respond to Plaintiff's Motion for Class Certification, requesting to continue its deadline to
11  November 30, 2015 (Dkt. No. 52);

12  **WHEREAS** the Parties have since met and conferred and agreed on a mutual extension
13  on the Class Certification Motion filings;

14  **WHEREAS** the Class Certification Briefing Schedule has been modified twice before
15  (Dkt. Nos. 39 and 43);

16  **NOW, IT IS THEREFORE STIPULATED AND AGREED**, by and between the
17  parties through their respective attorneys of record and subject to the approval of the Court as
18  follows:

19  The Parties stipulate to extend Defendant Hain Celestial's deadline to file its Opposition
20  to Plaintiff's Motion for Class Certification from October 28, 2015 to its requested continued
21  deadline of November 30, 2015;

22  The Parties further stipulate to extend Plaintiff's deadline to file her Reply from
23  November 11, 2015 to December 11, 2015;

24  The Parties stipulate and request that the hearing on this matter be continued to December
25  23, 2015 or to another date in accordance with the Court's convenience.

26
27
28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE TOWER BUILDING
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL.: (510) 891-9800

Dated: October 5, 2015 　　　　　　　　**SCOTT COLE & ASSOCIATES, APC**

By: _____/s/_____
　　Christopher B. Johnson, Esq.
　　Attorneys for the Representative Plaintiff
　　and the Plaintiff Classes

Dated: October 5, 2015 　　　　　　　　**JENNER & BLOCK LLP**

By: _____/s/_____
　　Kenneth K. Lee, Esq.
　　Kelly M. Morrison, Esq.
　　Attorneys for Defendant
　　THE HAIN CELESTIAL GROUP, INC.

## **ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: October 5, 2015 　　　　　　　　**SCOTT COLE & ASSOCIATES, APC**

By: ___/s/_____
　　Christopher B. Johnson, Esq.
　　Attorneys for the Representative Plaintiff
　　and the Plaintiff Classes

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on the motion for class certification shall be held on **January 6, 2016** at 2:00 p.m.

Dated: October 6, 2015

                                  Hon. William H. Orrick
                                  United States District Court Judge

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE TOWER BUILDING
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL.: (510) 891-9800