UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANA BELEN HAM,

    Plaintiff,

  v.

HAIN CELESTIAL GROUP, INC.,

    Defendant.

Case No. 14-cv-02044-WHO

**ORDER PERMITTING FILING OF ADMINISTRATIVE MOTION**

Re: Dkt. No. 61

Plaintiff has requested permission from the Court to file an administrative motion regarding the current stay of this case. Dkt. No. 61. Plaintiff may do so in accordance with Civil Local Rule 7-11.

**IT IS SO ORDERED**.

Dated: June 20, 2016



WILLIAM H. ORRICK
United States District Judge