UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANA BELEN HAM,

    Plaintiff,

    v.

HAIN CELESTIAL GROUP, INC.,

    Defendant.

Case No. 14-cv-02044-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 66

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: November 30, 2016

_____
WILLIAM H. ORRICK
United States District Judge